# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JEROME RHOADES,<br><br>Defendant. | Case No. 4:11-cv-04448-SBA<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Having considered the parties' Stipulation for Entry of Agreed Final Judgment and Permanent Injunction, the court file in this matter, and the applicable law, the Court **ORDERS** as follows:

(1) Defendant and anyone acting in active concert or participation with, or at the direction or control of Defendant, is hereby permanently enjoined from:

A. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

(2) This permanent injunction takes effect immediately.

(3) Judgment is entered for DISH Network on Count I of the complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

(4) Statutory damages in the amount of $10,000 are awarded to DISH Network in accordance with 18 U.S.C. § 2520(c)(2)(B).

(5) Each party is to bear its own attorney's fees and costs.

(6) The Court retains jurisdiction over this action for the purpose of enforcing this final judgment and permanent injunction. All disputes arising from this Order shall be referred to the Chief Magistrate Judge or her designee for preparation of a report and recommendation.

(7) All pending deadlines and matters are terminated. The Clerk shall close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


SIGNED and ENTERED this 17th day of January 2012.


*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Judge